Order filed November 5, 2015



In The

# Eleventh Court of Appeals

———————

## No. 11-15-00090-CR

———————

## THOMAS MICHAEL ROEMISCH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 10165**

### O R D E R

Court-appointed counsel for Thomas Michael Roemisch has filed in this court a motion to withdraw as counsel based upon Roemisch's failure to sign the certification of his right of appeal. We abate this appeal.

Counsel notes that the brief is currently due and that one extension has already been granted. Counsel states in his motion that, despite several attempts to have Roemisch sign and return the trial court's certification showing that Roemisch does have a right of appeal, Roemisch has failed or refused to do so. Counsel has explained to Roemisch that his failure to sign and return the

certification could result in a dismissal of the appeal. *See* TEX. R. APP. P. 25.2(d), (f). Counsel states that, because of Roemisch's failure to sign and return the certification, counsel "is no longer able to represent to the Court that Roemisch wishes to appeal his conviction." We abate the appeal and remand the cause to the trial court so that the trial court (1) may determine whether Roemisch desires to prosecute this appeal and (2) may also afford Roemisch an opportunity to sign the certification of his right of appeal.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, any orders of the trial court, and a certification of the defendant's right of appeal that is either signed by Roemisch or contains a notation by the trial court that Roemisch refuses to sign the certification. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before December 21, 2015.

The appeal is abated.

PER CURIAM

November 5, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.